UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS JAVIER LUCIANO
MARTINEZ,

    Plaintiff,

v.                                               Case No. 6:18-cv-737-Orl-37GJK

AMBI PAVING LLC; and SEROJINIE
DEOCHAND,

    Defendants.
_____

## ORDER

Plaintiff initiated this action against his former employer alleging that it failed to compensate him for overtime hours worked in violation of the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties then moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (*See* Docs. 23 ("**Motion**"), 23-1 ("**Agreement**").)

On referral, U.S. Magistrate Judge Gregory J. Kelly concludes that the terms of the Agreement are fair and reasonable. (Doc. 26 ("**R&R**").) As such, he recommends approving the Agreement and dismissing this action with prejudice. (*Id.* at 6.)

The parties then filed a joint notice of no objection to the R&R. (Doc. 28.) Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court

-1-

concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Amended Report and Recommendation (Doc. 26) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice and Supporting Memorandum of Law (Doc. 23) is **GRANTED**.

3. The Agreement (Doc. 23-1) is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 15, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record